# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| KEVIN BROWN, | CV 21-81-BMM-JTJ |
| Plaintiff, | **ORDER** |
| vs. | |
| SUN CANYON OUTFITTERS, LLC, a corporation and DOES 1 through 50, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees. Any pending motions are MOOT and all deadlines are VACATED.

DATED this 3rd day of May, 2022.

_____
Brian Morris, Chief District Judge
United States District Court